FILED

07/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0275

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0275

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JACQUES DAVID BERNARD,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing,

IT IS HEREBY ORDERED that Court Reporter Catherine Rebish is granted an extension of time to and including September 18, 2024, within which to prepare, file, and serve the transcripts requested on appeal.

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 29 2024